THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DE LOS DIOS, Appellant. [38 NYS3d 417]—

Appeal from order, Supreme Court, Bronx County (Dominic R. Massaro, J.), entered May 27, 2014, which denied defendant's CPL 440.46 motion for resentencing, unanimously dismissed.

The appeal is dismissed pursuant to the fugitive disentitlement doctrine because defendant absconded from parole supervision while his appeal was pending and has not returned (see *People v Taveras*, 10 NY3d 227 [2008]; *People v Law*, 12 AD3d 192 [1st Dept 2004]). Were we not dismissing the appeal, we would affirm, finding that the court properly exercised its discretion in determining that substantial justice dictated the denial of defendant's motion. Concur—Friedman, J.P., Saxe, Moskowitz, Gische and Kahn, JJ.